IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CARL REILY,

    Plaintiff,                  No. CIV S-06-1649 FCD DAD P

    vs.

SHIRLEY POE,

    Defendant.         ORDER

_____/

        Plaintiff, a prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        Plaintiff states that he is confined in the State of Nevada pursuant to a criminal conviction in that state. His civil rights action concerns his discharge from parole on a previous conviction in California. It appears from documents attached to plaintiff's complaint that

1

1 | plaintiff was paroled to the San Jose #2 Parole Region and twice absconded parole supervision to
2 | the State of Nevada.  The named defendant is Shirley Poe, Regional Parole Administrator for
3 | Region II, the headquarters of which is located in Oakland, California.
4 |       The defendant resides in Alameda County, which is in the Northern District of
5 | California, and plaintiff's claim arose in Santa Clara County, which is also located in the
6 | Northern District of California.  Plaintiff's case should therefore have been filed in the United
7 | States District Court for the Northern District of California.
8 |       In the interest of justice, a federal court may transfer a complaint filed in the
9 | wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918,
10 | 932 (D.C. Cir. 1974).
11 |       Accordingly, IT IS HEREBY ORDERED that this case is transferred to the
12 | United States District Court for the Northern District of California.
13 | DATED: July 31, 2006.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
reil1649.21

2